# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DERRICK A. LARRY**                                                                              **PLAINTIFF**
**ADC # 131407**

**V.**                          **CASE NO. 1:15CV00041 BSM/BD**

**DOES**                                                                                         **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States Chief District Judge Brian S. Miller.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Derrick A. Larry, an Arkansas Department of Correction ("ADC") inmate, filed this lawsuit *pro se* under 42 U.S.C. § 1983.  (Docket entry #2)  Mr. Larry has moved to voluntarily dismiss the lawsuit.  (#11)

### III. Conclusion:

The Court recommends that Mr. Larry's motion to voluntarily dismiss his claims be granted, and that this lawsuit be DISMISSED, without prejudice.

DATED this 14th day of July, 2015.

                              _____
                              UNITED STATES MAGISTRATE JUDGE