## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DERRICK A. LARRY**  **PLAINTIFF**
**ADC # 131407**

**v.**  **CASE NO. 1:15CV00041 BSM**

**DOES**  **DEFENDANTS**

### ORDER

The recommended disposition ("RD") filed by United States Magistrate Judge Beth Deere has been reviewed. No objection has been filed. After careful consideration, the RD is hereby approved and adopted in all respects.

IT IS THEREFORE ORDERED that plaintiff Derrick Larry's motion to voluntarily dismiss his claims [Doc. No. 11] is granted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of July 2015.

_____
UNITED STATES DISTRICT JUDGE